**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA P. VENEMAN, CHARLES A. VENEMAN, <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED AIRLINES, INC., A DELAWARE CORPORATION, <br><br>Defendant. | CASE NO. 1:13-cv-01347-BAM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties Stipulation of Dismissal with Prejudice and Waiver of Costs Pursuant to F. R. Civ. P. 41(a), and good cause having been shown, hereby orders that the above captioned action is dismissed with prejudice, the parties to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __July 17, 2014__         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE

1